■ ARTHUR KAUFMAN et al., Appellants, v POND REALTY ASSOCIATES et al., Respondents. [612 NYS2d 853] —Judgment, Supreme Court, Suffolk County (Marquette L. Floyd, J.), entered November 13, 1991, dismissing the complaint at the close of evidence as a matter of law, unanimously affirmed, with costs.

The trial court correctly determined that plaintiffs had failed to establish a prima facie case *(see, Hylick v Halweil,* 112 AD2d 400), and that not only had defendants breached the purchase contract, but that the individual plaintiff was financially unable to proceed with the closing. Accordingly, the

case was properly taken from the jury and decided in defendants' favor as a matter of law pursuant to CPLR 4401. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Asch, JJ.